UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON BOGARD,<br>Plaintiff,<br>v.<br>COUNTY OF CALEVARAS, et al.,<br>Defendants. | No. 2:26-cv-3291 DJC AC (PS)<br><br><u>ORDER</u> |

Plaintiff, who is proceeding in pro se, filed this case and paid the filing fee on September 17, 2026. ECF No. 1. On October 26, 2026, defendant County of Calaveras filed a motion to dismiss set to be heard on December 2, 2026. ECF No. 5. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was November 9, 2026. Plaintiff did not file an opposition or statement of non-opposition. Also before the court is a motion to dismiss brought by defendant Cantrall, filed November 3, 2026, and set for hearing December 9, 2026. ECF No. 14.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of December 9, 2026, is VACATED as to both pending motions (ECF No. 8 and 14), to be re-set as necessary. Plaintiff shall show cause in writing, within 14 days, why the failure to respond to the County's motion filed on October 26, 2026 (ECF No. 8) should not result in a recommendation that this

case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110. Plaintiff is further reminded of his obligation to also timely file an opposition or statement of non-opposition to defendant Cantrall's motion to dismiss (ECF No. 14).

IT IS SO ORDRED.

DATED: November 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE